THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ALFRED CORBELLINI and ALFRED COZZI, Appellants.

(Argued April 28, 1932; decided June 1, 1932.)

*Robert E. Manley* and *Joseph G. Cohen* for Alfred Corbellini, appellant.

*John D. Lindsay* and *Frank R. Galgano* for Alfred Cozzi, appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed as to each defendant; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK MAYO, Appellant.

(Argued May 2, 1932; decided June 1, 1932.)

*Louis Susman, J. M. Cohen* and *William Lyman* for appellant.

*Charles B. McLaughlin, District Attorney (Sol Boneparth, Herman J. Fliederblum* and *Samuel J. Foley* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.